No. 1,726.—STATE EX REL. MILES FINLEN, RELATOR, *v.* DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT, DEFENDANT.

Original application for a writ of supervisory control.

Decided October 10, 1901.

PER CURIAM.—Relator's application for a writ of supervisory control herein is denied.

(MR. JUSTICE PIGOTT is of the opinion that the application should be set for hearing, and therefore dissents from this order.)

On petition for rehearing.

Decided October 22, 1902.

PER CURIAM.—The petition for a rehearing herein is denied. (MR. JUSTICE MILBURN concurring upon the ground that the petition does not state facts sufficient to warrant the issuance of the writ prayed for. MR. JUSTICE PIGOTT is of the opinion that the application for a writ of supervisory control should be heard, and therefore dissents from the order denying the motion for a reconsideration.)

*Messrs. Forbis & Evans, Mr. T. J. Walsh,* and *Mr. J. K. MacDonald,* for Relator.